# UNITED STATES DISTRICT COURT
for the

District of

Division

Rubbin Wayne Stapp
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Lane Akin "Wise County Sheriff"
Rick Denney "Jail Administrator"
Nurse Sarter "Head Nurse"
Wise County Detention Center
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. **4-22CV-302-P**
*(to be filled in by the Clerk's Office)*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 13 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Rubbin Wayne Stapp
All other names by which you have been known: Rubbin Wayne Stapp
ID Number: 106345
Current Institution: Wise County Detention Center
Address: 200 Rook Ramsey Drive
Decatur, Texas 76234

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Rick Denney
Job or Title *(if known)*: Jail Administrator
Shield Number: Do Not Know
Employer: Sherrif Lane Aken
Address: Wise County Sherrif Office
Decatur, Texas 76234

☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: Nurse Sartor
Job or Title *(if known)*: Head Nurse Of The Wise County Detention Center
Shield Number: Do Not Know Shield Number
Employer: Wise County Detention Center
Address: 200 Rook Ramsey Drive
Decatur, Texas 76234

☐ Individual capacity   ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Wise County Detention Center
Job or Title (if known): County Jail Of Wise County
Shield Number: Do Not Know
Employer: Do Not Know
Address: 200 Rook Ramsey Drive
Decatur, Texas 76234
City / State / Zip Code

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Lane Aken
Job or Title (if known): Sherrif Of Wise County
Shield Number: Do Not Know
Employer: State Of Texas
Address: 200 Rook Ramsey Drive
Decatur, Texas 76234
City / State / Zip Code

☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The State Provides All Hold Facilitys Within It's State With Insurance That Covers All People Being Held In The Custody Of There In Medical, I Have Been Damaged By The Medical Dep. And Am being Denied Proper Medical Attention To Fix The Damage Caused By The Holding Facility.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? "N/A"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Head Nurse Here In Attempted An S.T.D. Swab Test While Doing Such Act Mr. Rubbin Wayne Stapp Was Severely Damaged And Is Still Severely Damaged. The Damage Caused Mr. Stapp To Urinate Blood. The Jail Administrator Rick Denney Verbally Executed A Decision Say "Unless You" Mr. Stapp" Are On The Floor Dieing He Will Not Nor Will He Allow His Staff To Call 911

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Not Aplicable

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Wise County Detention Center 4-2019 - 4-2022

Rubbin Wayne Stapp
Docket Number: Unknown
Complaint For Violation Of Civil Rights
Page 4 Question D. Of Section II
There Is Recording Video Servailance From Cameras In The Halls To Prove Full And Complete Merrit. Mr. Stapp Notified The Sherrif Of This Whole Situation From The Begining Even The Texas Rangers Division Even The Department Of Public Safety Of Texas By Way Of The Tablet System To Be Completely Ignored. This State Of Texas Provides County, City, & All Other Facilitys That Hold People In The Custody Of For Law Officials An Insurance That Covers All Medical Expences For Everyone Being Held And All Of The Officials Stated Here In Refused Medical Attention For Mr. Rubbin Wayne Stapp.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

4-2019 - 12:00 Noon P.M. There Is Servailence Footage Here At The Jail To Prove Accuracey.

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

The Head Nurse Mrs. Sartor Performed An S.T.O Swab Test While Doin This She Grabbed My Penis To Insert A Giant Wooden Q-Tip Losing Her Grip 2 X's On The 3rd Gripping She Burried The Q-Tip The Full Length Of My Penis Burning Extreme Upon Insertion and Even More When The Q-Tip Bottomed Out In my Lower Abdomne. These Results Came Back 3½ Weeks Later Inconclusive. Then Mrs. Doughty Had Me Urinate In A Cup. 2 weeks later Results Came Back As Ghonoieah.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

From The Day Of The STO Swab Test Attempt I Woke Up At 3:00 A.M. To Urinate I Found My Underware To Be Completely Covered In Blood. My Lower Abdomn Right Above My Left Testical Including My Left Testical Has Been Retaining Fluid And Now I Have Been Kicked Directly In My Left Testical This Has Exploded Inside Of Me And Is Now The Size Of A Cantilope Is Completely Black The Pain Level Is Super Excrutiating. I AM In Severe Need Of Surgery To Fix What Has Been Damaged By The Excertain Distance Of The Wooden Q-Tip.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I Am Asking This Court For The Proper Authority To Be Exercised To The Fullest By Judgement Granting This County To Cover Any And All Medical Bills Including From The Beginning Of This Insident Up To Present Date, To Also Cover The Surgery Mr. St Is In Severe Need Of. I Am Also Asking This Court To Grant Mr. Stapp The Full Amount Of Financial Dividends This Court Carries, Plus Grant Mr. Stapp Complete And Full Financial Dividends For The Punitive Damages Caused To Mr. Stapp, Plus The Comple And Full Amount Financially This Court Can Exect For Mr. Stapps' Mental Anguish This Has Caused, Plus Complete And Full Relief Of Any And All Charges Pending Against Mr. Stapp In The Wise County Court/Courts. Plus Grant Mr. Stapp The Maximu Financial Dividends This Federal Court Carries In Punitive Damages.

Page 5 of 11

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Wise County Detention Center Of Decatur Texas

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

This Facility Only Has One Step To Their Grievance Procedural Process

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

At The Wise County Detention Center

2. What did you claim in your grievance?

My Grievance Claimed That After The Nurse Performed Actions Of The S.T.D Swab Test I Woke Up Covered In Blood That Something Was Wrong. The Jail Administrater Told Me The Nurse Was Only Doing Her Job. Unless I was on The Floor Dieing He Will Not Call 9-11 Nor Allow His Staff To Do So Either. This Jail Administrater and This Head Nurse Are No Longer Employeed Here.

3. What was the result, if any?

To The One And Only Step Grievance "Nothing"

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

Yes I Tried To Appeal The Jail Administraters Decision. The Sherrif Is Suppose To Have The Last Word/Decision, Again The Jail Administrater Rick Denney Signed OFF In Place Of The Sherrif. I Got On The Tablet And Notified The Sherrif Lane Aken, The Texas Rangers Division, And Texas Department Of Public Safety, Neither Of These Responded Back

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    Mr. Stapp Did File The Grievance

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
    I Have Informed All Guards Who Was Employeed And Those Who Are Still Employeed, Every Guard, Ranking Officer, All The Way Up The Ranking Chain To The Jail Administrater Just Stated "It's Out Of Their Hands" The Jail Administrato Would Not Override What The Head Nurse Mrs. Sartor Decided Or Said.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
    I Do Not Remember The Organizations I wrote Letter After Letter To Try Desperately Get Someone To Help Me But I Can Say There Was 27 Different Organizations That I Never Recieved Any Kind Of Response Or Letter Of Acknowledgement In Return

    (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

"N/A"

Rubbin Wayne Stapp
Docket Number: Unknown
Page 4 of 11
VII. Question G.
Medicals Response to my Medical Request to My Request Pertaining to My Testicular Issue.
"As Far As Testicale goes, this has been an ongoing issue for you and you Have been evaluated by Medical for it and there's no further intervention that we can provide. Updated on 3/29/2022 9:47:38 AM
4-6-2022
I Was Literally Kicked In My Testicals And Now My Testicals Are Busted Inside Of Me And This Facility Is Still Denieing Me Medical Attention That I Am In More Severe Need Of Than Ever. I'm In Extreme pain to the Point That I Am Scared That Somethin Internal Is Damaged Now. Witnesses
"Robert Newton"
"Mark Schmalzried II"
Lynn Nix

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Rubbin Wayne Stapp
   Defendant(s) Wise County Detention Center

2. Court *(if federal court, name the district; if state court, name the county and State)*
   United States District Court Northern District Of Fort Worth Tx, 76102

3. Docket or index number
   ~~Motion~~ 4:21-cv-431-0

4. Name of Judge assigned to your case
   Hornorable Reed O'Connor Judge

5. Approximate date of filing lawsuit
   July Of 2021

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition. August 2, 2021

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Honorable Reed C. O'Connor Dismissed The Suit For Reason ECF Nos. 8 and 9

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-10-2022

Signature of Plaintiff: Rubi Stapp
Printed Name of Plaintiff: Rubbin Wayne Stapp
Prison Identification #: 106345
Prison Address: 200 Cook Ramsey Drive
Decatur, Texas 76234
City, State, Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City, State, Zip Code

Telephone Number
E-mail Address

Page 11 of 11

Ruben Payne Stapp
200 Rook Ramsey Drive
Decatur, Tx. 76234

RECEIVED
APR 13 2022
U.S. DISTRICT COURT
DISTRICT OF TEXAS

INDIGENT
LEGAL MAIL

United
NORTH TEXAS TX PSDO
DALLAS TX 750
11 APR 2022 PM 9 L

Northern District Of Texas
501 West Tenth St. Room 310
Fort Worth, Tx. 76102

76102-975999