UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RUBBIN WAYNE STAPP,**

   Plaintiff,

v.                                                  No. 4:22-cv-302-P

**RICK DENNEY, JAIL ADMINISTRATOR,
ET AL.,**

   Defendants.

### FINAL JUDGMENT AS TO CERTAIN DEFENDANT

Consistent with the order signed this date, the claims of Plaintiff, Rubbin Wayne Stapp, against Wise County Detention Center are **DISMISSED** pursuant to the authority of 28 U.S.C. § 1915(e)(2) and § 1915A(b).

**SO ORDERED** on this **7th day** of **October 2022.**

_[signature: Mark T. Pittman]_

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE