UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**RUBBIN WAYNE STAPP,**

   Plaintiff,

v.                                          No. 4:22-cv-0302-P

**RICK DENNEY, JAIL ADMINISTRATOR,
ET AL.,**

   Defendants.

## FINAL JUDGMENT

Consistent with the order granting motion to dismiss signed this date, the claims of Plaintiff, Rubbin Wayne Stapp, against Defendants Rick Denney, Lane Akin, and Nurse Sartor are **DISMISSED** pursuant to the authority of 28 U.S.C. § 1915(e)(2) and § 1915A(b).

**SO ORDERED** on this **9th day** of **February 2023.**

*(signature)*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE